## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAXELL I. RODRIGUEZ-BAUTISTA,<br>*Petitioner,* | : |
| | : |
| v. | : **CIVIL NO. 25-7411** |
| | : |
| WARDEN, PHILADELPHIA FDC et al.,<br>*Respondents.* | : |

### ORDER

**AND NOW,** this **5th** day of **February 2026,** upon consideration of Jaxell Isacc Rodriguez-Bautista's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1.  The Government shall release Mr. Rodriguez-Bautista from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on February 5, 2026.

2.  The Government is enjoined from detaining Mr. Rodriguez-Bautista under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3.  The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

_____
HONORABLE KAI N. SCOTT
United States District Court Judge